**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.: 13-100 (ABJ-DAR)** |
| : | |
| v. : | |
| : | |
| **JAE SHIK KIM,** : | |
| **KARHAM ENG. CORP.,** : | |
| : | |
| **Defendants.** : | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully moves this Court to dismiss the Indictment against the defendants. As grounds for this motion, the government states the following: in a Memorandum Opinion and Order, filed on May 8, 2015, the Court granted the defendants' motion to suppress evidence, and the government has decided not to pursue an appeal of that decision. Accordingly, the government is unable to continue prosecuting this matter, and we therefore move the Court to dismiss the Indictment pending against the defendants.

Respectfully submitted,

VINCENT H. COHEN, JR.
Acting United States Attorney


_____/s/_____
Frederick Yette, D.C. Bar 385391
Assistant United States Attorney
National Security Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7733
frederick.yette@usdoj.gov